Opinion issued April 9, 2009










In The

Court of Appeals

For The

First District of Texas






NO. 01-07-01110-CV






SILVIA CASTILLO, Appellant


V.


8900 NORTH FWY LC, Appellee






On Appeal from the County Civil Court at Law No. 2

Harris County, Texas

Trial Court Cause No. 885374






MEMORANDUM OPINION Appellant Silvia Castillo has failed to timely file a brief. See Tex. R. App. P.
38.8(a) (failure of appellant to file brief). After being notified that this appeal was
subject to dismissal, appellant did not adequately respond. See Tex. R. App. P.
42.3(b) (allowing involuntary dismissal of case).

 The appeal is dismissed for want of prosecution for failure to timely file a
brief. All pending motions are denied.

PER CURIAM

Panel consists of Justices Jennings, Keyes, and Higley.